**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **PRADIPKUMAR KUMAR NAYI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2112-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Pradipkumar Kumar Nayi's Motion to Alter or Amend ("Motion"), ECF No. 5. Nayi is a citizen of India who entered the United States on September 16, 2025, and who has been in immigration detention since shortly after that date. Pet. ¶¶ 7, 19, ECF No. 1. Nayi is currently detained at the El Paso Service Processing Center in El Paso, Texas. *Id.* ¶ 8. On April 10, 2026, Nayi received a bond hearing, at which an Immigration Judge ("IJ") denied bond. *Id.* ¶ 25; Pet. Ex. A, IJ Order, ECF No. 1-2. Although the IJ denied bond for "lack[ of] jurisdiction," the IJ "made an alternate finding that [Nayi] was a flight risk because he lacked sufficient ties to the United States." IJ Order.

On July 30, 2026, Nayi filed a habeas petition in this Court to request the Court order his release. *See* Pet., *Nayi v. Warden*, No. 3:26-cv-1937-KC (W.D. Tex. July 30, 2026), ECF No. 1. Because the Court "lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk [or danger] and therefore should be denied bond," the Court dismissed Nayi's claims and closed the case, *see* July 29, 2026, Order, *Nayi*, No. 3:26-cv-1937-KC, ECF No. 3.

Nayi then filed another Petition, again requesting release from custody, and seeking to "challenge[] a new and ongoing constitutional injury: the continued deprivation of liberty that

has occurred since that dismissal and has now become fundamentally unreasonable in its duration." Pet. ¶ 4. On August 14, 2026, the Court dismissed Nayi's Petition on the grounds that the Court lacks jurisdiction to sit in review of the IJ's discretionary finding, and that "Nayi has not alleged any facts that would provide grounds for a new claim." Aug. 14, 2026, Order 2, ECF No. 3.

On August 20, 2026, Nayi filed this Motion, arguing that the Court should consider "whether 336 days of continuous confinement, together with an appeal whose endpoint was alleged to be indeterminate, remains reasonably related to a legitimate regulatory purpose." Mot. 7. Nayi requests that the Court reconsider its August 14, 2026, Order dismissing the Petition, re-open the case, and order Respondents to respond. *Id.* at 1, 9–10.

Nayi cites to the decisions of four decisions by district courts in the Fifth Circuit in support of his contention that he has filed a claim for relief that the Court can grant despite his previous bond denial. *Id.* at 8–9. However, the cited cases find procedural due process violations where the petitioners were detained in immigration custody without ever receiving a bond hearing. *See* Order, *Rojas Correia v. Warden, S. Tex. Imm. Processing Ctr.*, No. 5:26-cv-3035 (W.D. Tex. June 11, 2026), at *24, ECF No. 6; *Gutierrez Murga v. U.S. Dep't of Homeland Sec.*, No. 26-cv-205, 2026 WL 1471225, at *2 (S.D. Tex. May 26, 2026); Order, *Rodriguez Serrano v. Noem*, No. 26-cv-51, at *2 (S.D. Tex. Mar 10, 2026), ECF No. 32; Order, *Fernandez v. Warden, Laredo Processing Ctr.,* No. 26-cv-1026, at *1–2 (S.D. Tex. June 22, 2026), ECF No. 13. Here, Nayi has been afforded an individualized custody determination. *See generally* IJ Order. Nayi references no decision in which an immigration detainee subject to ongoing removal proceedings had a bond hearing, was denied bond, and was then ordered released from custody as a habeas remedy. And the Court is unaware of any.

Absent authority in support of Nayi's Motion, the Court reaffirms its position that it lacks jurisdiction to adjudicate the Petition unless and until Nayi is subject to a final order of removal. *See* Aug. 14, 2026, Order 2.

Accordingly, the Court **ORDERS** that Nayi's Motion, ECF No. 5, is **DENIED**.

The case shall remain closed.

**SO ORDERED**.

**SIGNED this 26th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE